# EXHIBIT A

## STIPULATION AND ORDER TO DISMIIS THE COLLECTION ACTION

# EXHIBIT A

Electronically Filed
2/15/2019 10:15 AM
Steven D. Grierson
CLERK OF THE COURT

Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
Dylan P. Todd, NV Bar No. 10456
dtodd@fgppr.com
FORAN GLENNON PALANDECH PONZI &
RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
*Attorneys for Liberty Mutual Insurance Company*

# EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, | Case No.: A-18-785518C |
| Plaintiff, | Dept. No.: 11 |
| v. | |
| ALLEGIANT INSTITUTE INC., a Nevada corporation; and JOHN DOES I through X, inclusive, | **STIPULATION AND ORDER TO DISMISS THE COLLECTION ACTION WITHOUT PREJUDICE; EXTENTION OF TIME FOR PLAINTIFF TO RESPOND TO COUNTER-CLAIM; AND MODIFY THE CAPTION TO REFLECT THE CORRECT PARTIES** |
| Defendants. | |
| ALLEGIANT INSTITUTE INC., f/k/a Dr. Jaswinder Grover MD LTD., A Nevada corporation, | |
| Counter-Claimant, | |
| v. | |
| OHIO SECURITY INSURANCE COMPANY, A foreign limited liability company, LIBERTY MUTUAL INSURANCE COMPANY; DOES I – V and ROES I – V, inclusive, | |
| Counter-Defendants. | |

- 1 -

1  The parties, by and through their respective counsel of record, hereby stipulate and agree to the following:

(1) That the causes of action/complaint by Plaintiff OHIO SECURITY INSURANCE COMPANY against Defendant ALLEGIANT INSTITUTE INC., f/k/a Dr. Jaswinder Grover MD LTD be dismissed without prejudice;

(2) That the counter-claim by Defendant/Counter-claimant ALLEGIANT INSTITUTE INC, f/k/a Dr. Jaswinder Grover MD LTD., is not dismissed and will remain. The counter-claim will now be the operative complaint;

(3) That the parties, in light of these changes, hereby stipulate to amend the case caption to reflect the changes in party position. A copy of the joint proposed amended case caption is attached to this Stipulation as **Ex. A.**; and

(4) That the deadline for Defendants OHIO SECURITY INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY to respond to the counter-claim (now "Complaint") shall be March 12, 2019.

Dated: February 12th, 2019

JESSE SBAIH & ASSOCIATES, LTD.

By: _____
Jesse M. Sbaih
Ines Olevic-Saleh
170 S. Green Valley Parkway, Sutie 280
Henderson, NV 89012

*Attorneys for Defendant/Counterclaimant Allegiant Institute, Inc.f/k/a Dr. Jaswinder Grover MTD LTD*

Dated: February 13, 2019

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _____
Amy M. Samberg
Dylan P. Todd
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Ohio Security Insurance Company and Liberty Mutual Insurance Company*

- 2 -

**ORDER**

**IT IS SO ORDERED.**

DATED: February 14, 2019

DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that a copy of the foregoing **STIPULATION AND ORDER TO DISMISS THE COLLECTION ACTION WITHOUT PREJUDICE; EXTENTION OF TIME FOR PLAINTIFF TO RESPOND TO COUNTER-CLAIM; AND MODIFY THE CAPTION TO REFLECT THE CORRECT PARTIE** was served by the method indicated: |

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Jesse Sbaih & Associates, Ltd.
Jesse M. Sbiah
Ines Olevic-Seleh
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012

*Attorneys for Defendant/Counter-Claimant Allegiant Institute Inc., f/k/a Dr. Jaswinder Grover MD LTD*

Dated: February 15, 2019.

_____
An Employee of Foran Glennon

- 4 -